IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Debbie K. Ruffin,    Case No. 3:09cv2143

    Plaintiff(s)

v.    ORDER

Commissioner of Social Security,

    Defendant(s)

There being no objections to the Report and Recommendations filed September 14, 2010, it is hereby

Ordered that the Report and Recommendation be, and the same hereby is adopted. The Commissioner's motion to dismiss, or, in the alternative, for summary judgment is denied.

So Ordered.

    S/ James G. Carr
    Chief Judge
    United States District Court