IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Debbie K. Ruffin,                      Case No. 3:09cv2143

       Plaintiff

v.                                     Order

Commissioner of Social Security,

       Defendant

There being no objection to the Report and Recommendation, it is hereby

ORDERED THAT the Magistrate Judge's Report and Recommendation of remand be, and the same hereby is adopted as the Order of this Court.

So ordered.

                                           S/James G. Carr
                                           James G. Carr
                                           Sr. United States District Judge